IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZINDORA CRAWFORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VERIZON PENNSYLVANIA, INC. | : | NO. 14-3091 |

## ORDER

AND NOW, this 13th day of April, 2015, upon consideration of Verizon Pennsylvania, Inc.'s ("Verizon") motion for summary judgment (docket entry # 32) and plaintiff Crawford's opposition thereto, and defendant's reply, and in accordance with the foregoing Memorandum, it is hereby ORDERED that:

1. Defendant's motion for summary judgment is GRANTED IN PART and DENIED IN PART;

2. Defendant's motion as to plaintiff's claim for retaliation is GRANTED;

3. Plaintiff's claim for retaliation is DISMISSED;

4. Defendant's motion as to plaintiff's claim for disparate impact is GRANTED;

5. Plaintiff's claim for disparate impact is DISMISSED;

6. Defendant's motion as to plaintiff's claim for disparate treatment is DENIED;

7. Defendant's motion as to plaintiff's claim for constructive discharge is DENIED;

8. By noon on May 1, 2015, the parties shall ADVISE the Court by FAX (215-580-2156) whether they believe mediation before Judge Hart would likely be productive; and

9. Pending receipt of the parties' advice, the Clerk shall TRANSFER this case from the Court's Active Docket to its Civil Suspense Docket.

BY THE COURT:

 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.